**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Adelaida Cellars, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **Adelaida Vineyards & Winery** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **77-0255633** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5805 Adelaida Road** <br> **Paso Robles, CA 93446** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Luis Obispo** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.adelaida.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Adelaida Cellars, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

3121

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District | When | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

Debtor    **Adelaida Cellars, Inc.**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Bulk wine in tank and/or barrel from the 2023 and 2024 harvests.**

**Where is the property?**    **5805 Adelaida Road**
**Paso Robles, CA, 93446-0000**
Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

|  | **Statistical and administrative information** |
|---|---|

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Adelaida Cellars, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2024**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    **Chief Restructuring Officer**

**Nicholas D. Rubin**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **December 13, 2024**
MM / DD / YYYY

**Hamid R. Rafatjoo**
Printed name

**Raines Feldman Littrell LLP**
Firm name

**1900 Avenue of the Stars**
**19th Floor**
**Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **310 440-4100**    Email address    **hrafatjoo@raineslaw.com**

**181564 CA**
Bar number and State

**UNANIMOUS WRITTEN CONSENT**
**OF THE BOARD OF DIRECTORS OF**
**ADELAIDA CELLERS, INC.**

December 12, 2024

The undersigned, constituting all of the members of the Board of Directors (the "**Board**") of ADELAIDA CELLERS, Inc., a California corporation (the "**Company**"), hereby consents in writing to the adoption of the following resolutions, pursuant to Section 307(b) of the California Corporations Code, authorizing the actions specified therein::

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Company and its business on the date hereof, including its historical performance, its assets and prospects, its current and future liquidity needs, its lease portfolios, and its current and long-term liabilities; and

WHEREAS, the Board has reviewed and considered reports of management and the Company's legal and financial advisors regarding, and has considered and discussed, the Company's financial condition and the strategic alternatives available to it, and the impacts of the foregoing on the Company's business, assets and stakeholders; and

WHEREAS, the Board has determined that it is advisable and in the best interests of the Company to pursue relief under the provisions of chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT:**

1.    **COMMENCEMENT OF CHAPTER 11 CASE**

**RESOLVED**, that the Company file, or cause to be filed, a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Central District of California (the "**Bankruptcy Court**") and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it is further

**RESOLVED**, that Nicholas Rubin, Chief Restructuring Officer of the Company (the "**CRO**" or the "**Authorized Person**") be, and hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents; and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and in furtherance of the restructuring of the Company's debts and obligations, all as consistent with these resolutions

10429968.1

and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

## 2.    <u>RETENTION OF ADVISORS</u>

**RESOLVED**, that the following professionals be engaged and retained on behalf of the Company: (i) Raines Feldman Littrell LLP as general bankruptcy counsel; (ii) Force Ten Partners LLC to provide Nicholas Rubin to serve as the CRO and provide personnel in support of the CRO; (iii) an investment banker, if deemed necessary or appropriate by the Authorized Person; and (iv) claims and noticing agent, if deemed necessary or appropriate by the Authorized Person; each to represent and assist the Company in carrying out its duties and responsibilities under the Bankruptcy Code and applicable law, and to take any and all actions to advance the Company's rights and interests (including, without limitation, the law firms filing any pleadings and responses, and making any filings with regulatory agencies or other governmental authorities); and it is further

**RESOLVED**, that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements with and pay appropriate retainers to the foregoing professionals and such other professionals as they deem necessary, appropriate or desirable, upon such terms and conditions as they shall approve, to render services to the Company, and to cause to be filed appropriate applications for authority to retain the services of such professionals; and it is further

## 3.    <u>FINANCING</u>

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to negotiate and obtain postpetition financing and/or use of cash collateral, including under one or more debtor-in-possession credit facilities, as the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's bankruptcy case and to carry out and put into effect the purposes of these resolutions; and to enter into any guarantees and to pledge and grant liens on the Company's assets in support of such financing, and in connection therewith to execute appropriate loan agreements and related ancillary documents; with the actions of the Authorized Person taken pursuant to this resolution, including the execution, acknowledgement, delivery and verification of all such financing related documents, being deemed conclusive evidence of the approval and the necessity, desirability or appropriateness thereof; and it is further

**RESOLVED** that the Authorized Person be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to take all such further actions, including, without limitation, to pay or approve the payment of all fees and expenses payable in connection with any such financing transaction(s) and all fees and expenses incurred by or on behalf of the Company in connection with these resolutions, in accordance with the terms of any financing related documents, which shall in its sole judgment be necessary, appropriate, or desirable to perform any of the Company's obligations under or in connection with such financing arrangements and to carry out fully the intent of these resolutions; and it is further

4.    **GENERAL**

**RESOLVED**, that the Authorized Person, be, and hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including (a) the negotiation of such additional agreements, amendments, modifications, supplements, consents, waivers, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (b) the execution, delivery, performance and filing (if applicable) of any of the foregoing, and (c) the payment of all fees, consent payments, taxes, indemnities and other expenses, as the Authorized Person, in his sole discretion, may approve or deem necessary, appropriate, or desirable to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard; and it is further

**RESOLVED**, that any person dealing with the Authorized Person in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of the Authorized Person and by his execution of any document, agreement or instrument, the same to be a valid and binding obligation of such Company enforceable in accordance with its terms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary or desirable in the opinion of the Authorized Person, a true copy of the foregoing resolutions; and it is further

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by the Authorized Person of the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as of the date such action or actions were taken; and it is further

**RESOLVED**, that these resolutions shall be filed with the minutes of the proceedings of the Board.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, adopt and authorize the foregoing resolutions as of the date first written above.

Kedrin Van Steenwyk

Liam Duggan

**Fill in this information to identify the case:**

Debtor name    **Adelaida Cellars, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration   **20 Largest Unsecured Creditors**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 13, 2024**    X _____
                                            Signature of individual signing on behalf of debtor

                                          **Nicholas D. Rubin**
                                          Printed name

                                          **Chief Restructuring Officer**
                                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Adelaida Cellars, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Card Services Cardmember Services PO Box 6294 Carol Stream, IL 60197-6294** | **800 275-0863** | **Trade / Credit Card** | | | | $30,063.49 |
| **State Water Resources Control Board Annual Permit Fees PO Box 1888 Sacramento, CA 95812-1888** | **805 549-3550** | **Trade / Water Rights and Discharge Permits** | | | | $10,601.00 |
| **PG & E Box 997300 Sacramento, CA 95899-7300** | **800 743-5000** | **Trade / Utilities** | | | | $7,125.67 |
| **Wine Direct Fulfillment PO Box 92146 Las Vegas, NV 89193-2146** | **Mike Dean** **mike.dean@winedirect.com** **805 448-7752** | **Trade / Warehousing and Order Fufillment Services** | | | | $5,632.40 |
| **Laffort U.S.A. 1460 Cader Lane, Ste C Petaluma, CA 94954** | **Bryanna Grebe** **707 775-4530** | **Trade / Winemaking Supplies** | | | | $3,802.53 |
| **All Ways Clean P.O. Box 462 Morro Bay, CA 93443** | **Ino Brito** **ino@allwayscorp.com** **805 540-4726** | **Trade / Janitorial** | | | | $3,546.97 |
| **Suburban Propane - 1647 PO Box 12027 Fresno, CA 93776-2027** | **805 238-1622** | **Trade / Janitorial** | | | | $1,721.77 |

| Debtor | **Adelaida Cellars, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sovos Compliance LLC** PO Box 347977 Pittsburgh, PA 15251-4977 | **accounting-us-ship @sovos.com** **888 449-5285** | **Trade / Tax Compliance Software** | | | | $1,720.91 |
| **Integrity Wine Company** PO Box 1664 Templeton, CA 93465 | **Blake Vandehoef** **blake.vandehoef@i ntegritywinecompa ny.com** **805 369-1606** | **Trade / Equipment Rental** | | | | $1,700.00 |
| **Matheson Tri-Gas Inc** Dept LA 23793 Pasadena, CA 91185-3793 | **info@mathesongas .com** **805 239-1736** | **Trade / Gas Supply and Cylinder Rentals** | | | | $1,531.88 |
| **County of San Luis Obispo - EH** PO Box 1489 San Luis Obispo, CA 93406-1489 | **805 781-5544** | **Trade / Licensing and HazMat Fees** | | | | $1,438.00 |
| **Glassed Over Candles, LLC** PO Box 1881 Lomita, CA 90717 | **Taylor Engen** **taylor@glassed-ov er.com** **310 766-9030** | **Trade / Merch Supplier** | | | | $1,196.00 |
| **Encore Glass Inc** PO Box 8540 Pasadena, CA 91109-8540 | **billing@encoregla s.com** **707 745-4444** | **Trade / Cork Supplier** | | | | $1,188.75 |
| **Ganau America, Inc** PO Box 1974 Sonoma, CA 95476 | **accounting@ganau america.com** **707 939-1774** | **Trade / Capsule Supplier** | | | | $1,110.00 |
| **Acrolon Technologies, Inc.** 19201 Sonoma Hwy #256 Sonoma, CA 95476 | **info@acrolon.com** **707 938-1300** | **Trade / Cellar Software** | | | | $995.00 |
| **Landsberg/EPS** PO Box  101144 Pasadena, CA 91189-1144 | **arinquiries@oroagr oup.com** **805 434-9968** | **Trade / Packaging Supplies** | | | | $931.55 |
| **CCOF** 2155 Delaware Ave., Suite 150 Santa Cruz, CA 95060 | **ccof@ccof.org** **831 423-2263** | **Trade / Organic Certification Agency** | | | | $677.35 |

Debtor  **Adelaida Cellars, Inc.**                                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ATP Group 2 Madison Avenue Suite 210 Larchmont, NY 10538** | **805 237-1223** | **Trade / Chemicals** | | | | **$622.65** |
| **ETS Laboratories 899 Adams Street, Ste A St Helena, CA 94574** | **707 302-1057** | **Trade / Lab Analysis Services** | | | | **$449.00** |
| **Double Barrel Express PO Box 5567 Napa, CA 94581** | **trudy@doublebarre lexpress.com 707 690-2490** | **Trade / Freight Carrier** | | | | **$448.00** |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Hamid R. Rafatjoo**<br>**1900 Avenue of the Stars**<br>**19th Floor**<br>**Los Angeles, CA 90067**<br>**310 440-4100**<br>California State Bar Number: **181564 CA**<br>hrafatjoo@raineslaw.com | |

☑ *Attorney for:  Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>     **Adelaida Cellars, Inc.**<br>                                        Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,  **Nicholas D. Rubin**_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
December 2012                                                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**KMBG, LLC                    100%
5791 Adelaida Road
Paso Robles, CA 93446**

*[For additional names, attach an addendum to this form.]*

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| December 13, 2024 | By: |
|---|---|
| Date | Signature of Debtor, or attorney for Debtor |

Name:    **Nicholas D. Rubin, Chief Restructuring Officer**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                      **F 1007-4.CORP.OWNERSHIP.STMT**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Hamid R. Rafatjoo**
**1900 Avenue of the Stars**
**19th Floor**
**Los Angeles, CA 90067**
**310 440-4100**
California State Bar Number: **181564 CA**
hrafatjoo@raineslaw.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Adelaida Cellars, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**42**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __**December 13, 2024**__

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __**December 13, 2024**__

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

Adelaida Cellars, Inc.
5805 Adelaida Road
Paso Robles, CA 93446


Hamid R. Rafatjoo
Raines Feldman Littrell LLP
1900 Avenue of the Stars
19th Floor
Los Angeles, CA 90067


Office of the US Trustee (SB)
1415 State Street, Suite 148
Santa Barbara, CA 93101


4th Generation Tree
PO Box 512
Templeton, CA 93465


A&P Ag Structures
PO Box 3209
Visalia, CA 93278


Abalone Coast Analytical Inc
141 Suburban Road, Suite C-1
San Luis Obispo, CA 93401


Above Grade Automation
245 Higuera Street
San Luis Obispo, CA 93401


Acrolon Technologies, Inc.
19201 Sonoma Hwy
#256
Sonoma, CA 95476

Admeo
403 Cold Springs Road
Angwin, CA 94058

Alcoholic Beverage Control Division
PO Box 25101
Santa Fe, NM 87504-5101

All Tech Services, Inc.
1320 El Camino Real
Atascadero, CA 93422

All Ways Clean
P.O. Box 462
Morro Bay, CA 93443

Alle-Pia, Inc.
8390 El Camino Real
Atascadero, CA 93422-5357

Alpha Electrical Service
PO Box 1978
Atascadero, CA 93423

Alpha Fire Unlimited
650 Sweeney Lane
San Luis Obispo, CA 93401

Anne Laddon
P.O. Box 2049
Paso Robles, CA 93447

Applied Technologies Assoc., Inc.
1100 Rankin Rd
Houston, TX 77073

Applied Water Systems Inc.
PO Box 534
Templeton, CA 93465

Aquilla Chase
P.O. Box 2234
Paso Robles, CA 93447

Arias,Rudy
P.O. Box 3561
Paso Robles, CA 93447

Arizona Department of Revenue
PO Box 29019
Phoenix, AZ 85038-9019

Arizona Department of Revenue -- Luxury
1600 West Monroe
Phoenix, AZ 85007-2650

Arrow Lift of California
P.O. Box 34
Duluth, MN 55801

Ascensus Trust
1655 43rd Street South
Suite 100
Fargo, ND 58103

AT&T
PO Box 5025
Carol Stream, IL 60197-5025


ATA Ranches, Inc.
5791 Adelaida Rd
Paso Robles, CA 93446


ATP Group
2 Madison Avenue
Suite 210
Larchmont, NY 10538


Azevedo,Theresa
516 Sacagawea Ct
Paso Robles, CA 93446-2942


Baker Wine & Grape Analysis, Inc.
825 Riverside Ave #3
Paso Robles, CA 93446


BankCard CC Processing Fees
BBVA Compass
PO Box 2210
Decatur, AL 35699


Barger,Amanda
4255 Adelaida Rd
Paso Robles, CA 93446-9781


Barrel Associates International, LP
2180 Oak Knoll Ave.
Napa, CA 94558

Barron-Neri,Jonathan
428 Blume Street
Nipomo, CA 93444


Billet Racing
1690 Sargent Road
Concord, CA 94518


Blake's Hardware Inc.
1701 Riverside Ave
Paso Robles, CA 93446


Blueprinter & Graphics Inc.
345 Spring Street, Ste 101
Paso Robles, CA 93446


Boddington,Bernadette
1151 Hanson Rd
Paso Robles, CA 93446


Brenntag Pacific, Inc.
File# 2674
Los Angeles, CA 90074-2674


Bruno Walker Wine
2732 Kinney Dr
Lafayette, CA 94595


Buchanan Electric
1594 Eto Circle
San Luis Obispo, CA 93405

Burger,Lisa
P.O. Box 191
Creston, CA 93432-0191


Buttonwillow Warehouse Company
P.O. Box 744634
Los Angeles, CA 90074-4634


C&N Tractors
2690 Ramada Drive
Paso Robles, CA 93446


C-Line Express
PO Box 540
Napa, CA 94559


CA Department of Public Health Food and
P.O. Box 997435
Sacramento, CA 95899-7435


Cabrera,Marcos
1021 19th St
Apt D
Paso Robles, CA 93446-1755


Cal West Rain
P.O. Box 306
Kerman, CA 93630


Cal-Coast Irrigation, Inc.
1480 W. Stowell Road
Santa Maria, CA 93458

California Department of Tax
PO Box 942879
Sacramento, CA 94279-6079


California Travel and Tourism Commission
555 Capitol Mall, Suite 465
Sacramento, CA 95814


CalRecycle, Attn: Accounting, MS19A
P.O. Box 2711
Sacramento, CA 95812


Cameron Munroe
7475 Shale Rock Rd
Paso Robles, CA 93446


CCOF
2155 Delaware Ave., Suite 150
Santa Cruz, CA 95060


CDFA 9295 Deptarment of Food & Agricultu
1220 N Street
Sacramento, CA 95814


CDFA 9361 Cashier - CDFA/DMS Dept Food &
PO Box 942872
Sacramento, CA 94271-2872


CDFA Grape Crush
PO Box 942871
Sacramento, CA 94299-9871

Central Coast Equipment Repair, LLC
4995 Union Rd
Paso Robles, CA 93446


Central Coast Farm Labor, Inc
PO Box 3140
Paso Robles, CA 93447


Central Coast Wine Exchange
PO Box 251
Pismo Beach, CA 93448


Charlois Cooperage USA - Ermitage
1285 S Foothill Blvd
Cloverdale, CA 95425


Chase Card Services
Cardmember Services
PO Box 6294
Carol Stream, IL 60197-6294


Chef Jeffery C Scott
921 Bueno Fortuna
Atascadero, CA 93422


City and County of Honolulu
711 Kapiolani Blvd Suite 600
Honolulu, HI 96813


City of Chicago Dept of Finance Tax
2 N. La Salle Street
Suite 1310
Chicago, IL 60602

Clark Pest Control of Stockton Inc
PO Box 6015
Whittier, CA 90607-6015


Clever Concepts Inc.
PO Box 4310
Paso Robles, CA 93447


Co DoR, Liq Endorsement Div
PO Box 173350
Denver, CO 80217-3350


Coast Counties Peterbuilt
PO Box 757
San Jose, CA 95106


Coastal Tractor
10 Harris Pl
Salinas, CA 93901


Codromac,Kennedy
7775 Gabarda Rd
Unit A
Atascadero, CA 93422-4755


ColloPack Solutions
PO Box 742338
Los Angeles, CA 90074-2338


Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

Commonwealth of Massachusetts
  Dept. of Revenue
PO Box 7044
Boston, MA 02204


Comptroller of Maryland
PO Box 2999
Annapolis, MD 21404-2999


Connecticut Department of Revenue Servic
25 Sigourney St
Hartford, CT 06106


Conner Cummings
c/o Abramson Labor Group
Attn: Zev Abramson
1700 W. Burbank Blvd
Burbank, CA 91506


County Dept of Agriculture Weights & Mea
2156 Sierra Way, Suite A
San Luis Obispo, CA 93401-4556


County of San Luis Obispo - EH
PO Box 1489
San Luis Obispo, CA 93406-1489


County Tax Collector
1055 Monterey Street.,  Rm D-290
San Luis Obispo, CA 93408


Cromer, Inc
P.O. Box 31001-3048
Pasadena, CA 91110-3048

Crush2Cellar LLC
PO Box 35146, #43064
Seattle, WA 98124-5146


CSC of Salinas
721-B Abbott St.
Salinas, CA 93901-4376


CT Commissioner of Revenue Services
PO Box 5014
Hartford, CT 06102-5014


Culligan Water
700 West Cook Street
Santa Maria, CA 93458


Curated Wine Group LLC
2157 Rich Street
Unit 603
North Charleston, SC 29405


D. Clark Trucking LLC
PO Box 603
Creston, CA 93432


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Department of Industrial Relations Payme
PO Box 511232
Los Angeles, CA 90051-3030

Department of Liquor Control County of M
110 'Ala'ihi Street, Room 212
Kahului, HI 96732


Department of Motor Vehicles
PO Box 942897
Sacramento, CA 94297-0898


Dept of Alcoholic Beverage Control
3927 Lennane Dr, Suit 100
Sacramento, CA 95834


Division of Liquor Licensing & Enforceme
8 State House Station
Augusta, ME 00433-3008


Double Barrel Express
PO Box 5567
Napa, CA 94581


Dudley,Robert
1755 Wagoneer Road
Paso Robles, CA 93446-7655


Elizabeth Van Steenwyk
c/o Johnny Lee Antwiler, II
O'Hagan Meyer
2615 Pacific Coast Hwy #300
Hermosa Beach, CA 90254


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enavate, Inc.
PO Box 736741
Dallas, TX 75373-6741


Encore Glass Inc
PO Box 8540
Pasadena, CA 91109-8540


ETS Laboratories
899 Adams Street, Ste A
St Helena, CA 94574


Euro-Machines, Inc.
PO Box 843
Culpeper, VA 22701


Farm Supply
PO Box 111
San Luis Obispo, CA 93406


Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Federal Express Freight Dept LA
PO Box 21415
Pasadena, CA 91185-1415


Fisher Scientific
File #50129
Los Angeles, CA 90074-0129

FL Dept of Business & Prof Regulation
2601 Blair Stone Road
Tallahassee, FL 32399-0120


Fletcher,Jesslynn
1656 John Way
Templeton, CA 93465


Flora,Donna
414 W Mill St
Oscoda, MI 48750-1340


Florida Department of Revenue
5050 W Tennessee Street
Tallahassee, FL 32399-0100


Florida Div of Alcoholic Bev and Tobacco
2601 Blair Stone Rd.
Tallahassee, FL 32399-1022


Fortis Solutions Group LLC
P.O. Box 411655
Boston, MA 02241-1655


Franchise Tax Board
P.O. Box 2952
Sacramento, CA 95812-2952


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Francois Freres USA, Inc.
1403 Jefferson St
Napa, CA 94559


French Cooperages, LLC
1020 SW Taylor St., Ste 240
Portland, OR 97205


Fuller & Sander, Inc.
423 E 1st Street
Napa, CA 94559


G3 Enterprises, Inc Closure Division
PO Box 742338
Los Angeles, CA 90074-2338


Gamba USA
PO Box 2266
Napa, CA 94558


Ganau America, Inc
PO Box 1974
Sonoma, CA 95476


Georgia Deparment of Revenue Alcohol and
1800 Century Center Blvd NE
Rm 4235
Atlanta, GA 30345


Georgia Dept of Revenue
PO Box 49728
Atlanta, GA 30359

Gerbutavicius,Michael
637 20th St
Paso Robles, CA 93446-1600


Gerstenfeld,Christopher
552 Cooper Dr
Benicia, CA 94510


Glassed Over Candles, LLC
PO Box 1881
Lomita, CA 90717


GLS US
PO Box 31990
Stockton, CA 95213


Grace Environmental Services Inc.
2060D East Avenida De Los Arboles
PMB 327
Thousand Okas, CA 91362


Graciano,Jose
1060 N St
San Miguel, CA 93451-7604


Grainger
Dept 837078765
Palatine, IL 60038-0001


Haanah Co., Inc.
2759 Concrete Court
Paso Robles, CA 93446

Haley's Corker
PO Box 61
Elkhorn, WI 53121


Hawaii Department of Taxation
PO Box 259
Honolulu, HI 96809-0259


Helena Agri-Enterprises, LLC
PO Box 742558
Los Angeles, CA 90074-2558


Henri Cherry
5995 Peachy Canyon Rd
Paso Robles, CA 93446


HI Department of Taxation
P.O. Box 259
Honolulu, HI 96809-0259


Hoover Material Handling Group, Inc
IC:1030-HMHG
P.O. Box 732866
Dallas, TX 75373-2866


Idaho State Tax Commission
P.O. Box 56
Boise, ID 83722-0410


Idaho State Tax Commissioner
PO Box 76
Boise, ID 83707-0076

Illinois Department of Revenue
P.O. Box 19019
Springfield, IL 62794-9019


Indiana Alcohol & Tobacco Commission
302 West Washington Street
IGCS Room E114
Indianapolis, IN 46204


Indiana Department of Revenue
100 N. Senate IGCN
Rm N105
Indianapolis, IN 46204


Indiana Dept of Revenue
PO Box 6114
Indianapolis, IN 46206-6114


Indiana Secretary of State
302 W Washington Street
Room E018
Indianapolis, IN 46204


Integrity Wine Company
PO Box 1664
Templeton, CA 93465


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Iowa Alcoholic Beverages Division
1918 S.E. Hulsizer Avenue
Ankeny, IA 50021

Iowa Dept of Commerce Alcoholic Beverage
1918 SE Hulsizer Road
Ankeny, IA 50021


Itek Wine
1445 Riverside Ave
Paso Robles, CA 93446


J & L Wines
PO Box 2399
PASO ROBLES, CA 93447-2399


JB Dewar, Inc.
PO Box 3059
San Luis Obispo, CA 93403-3059


Kansas Department of Revenue
915 SW Harrison St.
Rm 214
Topeka, KS 66625


Kansas Department of Revenue
109 SW 9th Street
Topeka, KS 66601-3506


Kansas Liquor Enforcement Tax
915 SW Harrison St
Topeka, KA 66612-1588


Kedrin E. Van Steenwyk
33 Surfsong Road
Johns Island, SC 29455

Kedrin Van Steenwyk
c/o Johnny Lee Antwiller, II
O'Hagan Meyer
2615 Pacfic Coast Hwy #300
Hermosa Beach, CA 90254


Kemp,Ryan
1776 Wellsona Rd
Paso Robles, CA 93446-8509


Kennedy,Sara
6824 Keith Road
Charleston, AR 72933


Kentucky Alcoholic Beverage Control Depa
500 Mero St 2NE33
Frankfort, KY 40601


Kentucky State Treasurer
Frankfort, KY 40619


Key Technology, Inc
PO Box 95213
Chicago, IL 60694-5213


KMBG, LLC
5791 Adelaida Road
Paso Robles, CA 93446


Kraker,Brice
2855 Santa Rita Rd
Templeton, CA 93465-9310

Laffort U.S.A.
1460 Cader Lane, Ste C
Petaluma, CA 94954


Lafitte Cork & Capsule, Inc.
45 Executive Court
Napa, CA 94558


Landsberg/EPS
PO Box 101144
Pasadena, CA 91189-1144


Leavitt United Insurances Services
2800 Cleveland Avenue
Suite D
Santa Rosa, CA 95403


Lewis,Mailee
9152 Pato Lane
na
Atascadero, CA 93442


LightGabler
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010


Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201


Lowe's Commercial Services
PO Box 669824
Dallas, TX 75266-0781

Maine Revenue Services
P.O. Box 1057
Augusta, ME 04332-1057


Mark's Tire Service
PO Box 2854
Paso Robles, CA 93447


Martin P. Moroski
Adamski Moroski Madden Cumberland
  & Green LLP
PO Box 3835
San Luis Obispo, CA 93403-3835


Massachusetts Department of Revenue
P.O. Box 7044
Boston, MA 02204


Matheson Tri-Gas Inc
Dept LA 23793
Pasadena, CA 91185-3793


Matt's Smog & Car Care, Inc.
834 Paso Robles Street
Paso Robles, CA 93446


Matthew D. Van Steenwyk, et al.
c/o Matthew Umhofer and Diane Bang
Umhofer, Mitchell & King LLP
767 S. Alameda Street, Suite 270
Los Angeles, CA 90021


McKay,Thomas
4890 Estrella Rd
Paso Robles, CA 93446-8329

Mercado,Sierra
5905 Lorena St
Atascadero, CA 93422-3565


Metzler,Alan
4745 Interlake Road
Bradley, CA 93426


Michigan Department of Treasury
Lansing, MI 48922



MidWestern
20 Marco Ln
Dayton, OH 45458


Miller Drilling Company
329 North Main Street
Templeton, CA 93465


Minnesota Revenue
Mail Station 3331
St Paul, MN 55146-3331


Missouri Department of Public Safety Alc
1738 East Elm Street Lower Level
Jefferson City, MO 59624-1712


Missouri Director of Revenue
1738 E. Elm St
Lower Level East
Jefferson City, MO 65101

Montana Department of Revenue
Liquor C
PO Box 1712
Helena, MT 59624-1712


Montana Dept of Taxation & Finance
PO Box 1712
Helena, MT 59624-1712


Monterey Bay Wine Company
15 Florido Ave
La Selva Beach, CA 95076-1729


Morris & Garritano Insurance
PO Drawer 1189
San Luis Obispo, CA 93406


Moss Adams LLP
PO Box 101822
Pasadena, CA 91189-1822


MUST Machining & Fabrication
365 La Fata St.
St. Helena, CA 94574


Napa Auto Parts
2901 Riverside Avenue
Paso Robles, CA 93446


Nebraska Liquor Control Commission
301 Centennial Mall South
Lincoln, NE 68509

Nebraska Liquor Control Commission
PO Box 95046
Lincoln, NE 65809


Nevada Department of Taxation
1550 E. College Parkway Carson City
Suite 115
Carson City, NV 89706-7921


New Jersey Department of Treasury
P.O. Box 241
Trenton, NJ 08646-0241


New Jersey Division of Taxation
PO Box 241
Trenton, NJ 08625-0002


New Mexico Tax and Revenue Department
P.O. Box 25123
Santa Fe, NM 87506-5123


New Mexico Taxation & Revenue Department
Direct Shipping
Santa Fe, NM 87504-5128


New York State  Liquor Authority
M&T Bank Lockbox
PO Box 8000-Dept 930
Buffalo, NY 14267


New York State Department of Taxation an
W A Harriman Campus
Albany, NY 12227

NH Division of Enforcement & Licensing
Direct Shipping
50 Storrs St
Concord, NH 03301


North Carolina Department of Revenue
P.O. Box 25000
Raleigh, NC 27640-0640


North Dakota Office of State Tax Commiss
Sales & Special Taxes Compliance
600 E Boulevard Avenue Dept 127
Bismark, ND 58505-0599


North Dakota Office of the State Tax Com
600 East Boulevard
Bismark, ND 58505-0599


Nutrien Ag Solutions, Inc
2502 Oakwood Drive
Paso Robles, CA 93446


O'Hagan Meyer LLC
1 East Wacher Drive
Suite 3400
Chicago, IL 60601


Oak Paper Products Company
P.O. Box 23965
Los Angeles, CA 90023


Office of the Comptroller Motor Fuel, Al
P.O. Box 2999
Annapolis, MD 21404

```
Office1
P.O. Box 92309
Las Vegas, CA 89193-2309


Ohio Department of Liquor Control
P.O. Box 4005
Reynoldsburg, OH 43068-9005


Ohio Department of Taxation: Sales and U
P.O. Box 530
Columbus, OH 43216-0530


Ohio Treasurer of State
P.O. Box 530
Columbus, OH 43216-0530


Oklahoma Tax Commission
PO Box 26850
Oklahoma City, OK 73126-0850


Olea Farm
2985 Templeton Road
Templeton, CA 93465


Optimum Air Compressor Solutions
214 27th Street
Sacramento, CA 95816


Optum Bank
PO Box 60099
Newar, NJ 07101-8050
```

Oregon Liquor Control Commission
PO Box 22297
Milaukie, OR 97269-2297


Osborne,Paul
6380 Santa Ynez Ave
Apt A
Atascadero, CA 93422-4120


OVS
3800 NE Three Mile Lane
McMinnville, OR 97128


Oxborrow,Warner
6430 Buena Vista Drive
Paso Robles, CA 93446-9552


Oztera, Inc
3726 Las Vegas Blvd. #2104 W
Las Vegas, NV 89158


Park Place Technologies, LLC
1225 Park St
Paso Robles, CA 93446


Paso Robles Chamber of Commerce
1225 Park St
Paso Robles, CA 93446


Paso Robles Country Disposal, Inc
PO Box 753
Paso Robles, CA 93447

PASO ROBLES ICE COMPANY
PO Box 1679
Paso Robles, CA 93447


Paso Robles Main Street Association
835 12th Street, Ste D
Paso Robles, CA 93446


Paso Robles Safe & Lock, Inc
1424 Spring Street
Paso Robles, CA 93446


Paylocity Corporation
1400 American Lane
Schaumburg, IL 60173


Pennsylvania Liquor Control Board Common
Northwest Office Building
Harrisburg, PA 17124


Perfect Delivery Logistic Services, Inc.
38821 Altura Street
Fremont, CA 94536


Perfector Scientific
PO Box 91
Atascadero, CA 93423


PG & E
Box 997300
Sacramento, CA 95899-7300

Pitney Bowes Global Financial Services L
Purchase Power
PO Box 3718
Pittsburgh, PA 15250-7874


Portocork
164 Gateway Road East
Napa, CA 94558


Preferred Employers Insurance Co
PO Box 639819
Cincinnati, OH 45263-9819


Premier Cellar Agency
30 W. Main Street
Ste 301
Walla Walla, WA 99362


Pritchett,Brandon
2308 Amber Grain Pl
Paso Robles, CA 93446


Proforma
P.O. Box 51925
Los Angeles, CA 90051-6225


PRW Steel Supply
2925 Union Road
Paso Robles, CA 93446-8391


Quinn Company
PO Box 849665
Los Angeles, CA 90084-9665

R&M Transport
11120 Commerical Pkwy
Castroville, CA 95012


Radeski,Jude
65 Fresno Street
Paso Robles, CA 93446-2022


Rava Wines, LLC
P.O. Box 1531
Paso Robles, CA 93447


Robinson Law Office, PLLC
13 Loyola Drive
Hot Springs Village, AR 71909


SCDOR
ABL Section
PO Box 125
Columbia, SC 29214-0907


Scott Laboratories, Inc.
PO Box 888198
Los Angeles, CA 90088-8198


Screencraft Tileworks
9 Powder Hill Road
Lincoln, RI 02865


Seguin Moreau Napa Cooperage
151 Camino Dorado
Napa, CA 94558

SLO County Air Pollution Control Distric
3433 Roberto Court
San Luis Obispo, CA 93401


Society Cuisine LLC
825 Riverside Ave
Unit 12
Paso Robles, CA 93446


South Carolina Department of Revenue & T
SC Department of Revenue
ABL Section
Columbia, SC 29214-0907


South Dakota Department of Revenue
Special Tax Division
445 E. Capitol Ave
Pierre, SD 57501-3100


South Dakota Department of Revenue Divis
445 East Capitol Avenue Pierre
Pierre, SD 57501


Sovos Compliance LLC
PO Box 347977
Pittsburgh, PA 15251-4977


Sowerby,Paul
4750 Eagle Creek Lane
Bradley, CA 93426-6922


Standard Insurance Company
P.O. Box 5676
Portland, OR 97228

State of Connecticut
License Services Division
Department of Consumer Protection
Hartford, CT 06106


State of Michigan
Michigan Dept of Treasury
Dept 77003
Detroit, MI 48277-0003


State of Michigan/MLCC
Liquor Control Commission
PO Box 30005
Lansing, MI 48909-7505


State of New Hampshire Liquor Commission
50 Storrs Street
Concord, NH 03301


State Water Resources Control Board
Annual Permit Fees
PO Box 1888
Sacramento, CA 95812-1888


Stewart's Window Cleaning
195 Sandbar Court
Paso Robles, CA 93446


Suburban Propane - 1647
PO Box 12027
Fresno, CA 93776-2027


T.A.B.C.
PO Box 13127
Austin, TX 78711-3127

Taransaud North America
1160 Battery Street
Suite 100
San Francisco, CA 94111


Taylor Rental
1545 Riverside Ave
Paso Robles, CA 93446


Templeton Glass
3850 Ramada Drive
Suite B@
Paso Robles, CA 93446


Tenera Enviromental Inc.
141 Suburban Rd #A2
San Luis Obispo, CA 93401


Tennessee Department of Revenue
Andrew Jackson State Office Bdg
500 Dederick Street
Third Floor
Nashville, TN 37242-2461


Texas Comptroller of Public Accounts
P.O. Box 13528
Austin, TX 78711-3528


Texas State Comptroller
PO Box 149359
Austin, TX 78714-9359


The Bottle Meister, Inc
PO Box 15457
San Luis Obispo, CA 93406-5457

The Morlet Selection
2825 St. Helens Hwy. N
St Helena, CA 94574


The Oklahoma Tax Commission Alcoholic &
2501 N. Lincoln Blvd.
Oklahoma City, OK 73194-0004


The Point Collective
1248 Sierra Mar Drive
San Jose, CA 95118


Tock, Inc.
320 N. Sangamon Street
6th Floor
Chicago, IL 60607


Tom Beard Company
1650 Almar Pkwy
Santa Rosa, CA 95403


Tonellerie Baron
20, rue des Gillardeau
17100 Les Gonds
FRANCE


Tonnelier Cavin
21450 Poiseul-la-ville-Laperrere
FRANCE


Tonnellerie Meyrieux
21700 Villers-La-Faye
FRANCE

Tonnellerie Millet
39 Route de Cavignac
La Giraude
33 133 Galgon
FRANCE


Tonnellerie Remond
928 First Street
Sonoma, CA 95476


Tonnellerie Rousseau
Route De Saulon 21220
Gevrey-Chambertin, Bourgogne
FRANCE


Tonnellerie Sylvain
23 Route de Lyon - D1089
33910 Saint-Denis-de-Pile
FRANCE


Tonnellerie Tremeaux
Rue de Levernois
21200 Beune
FRANCE


Tonnelleries de Bourgogne
ZA les Champs Lins
21190 Meursault
FRANCE


Trattoria di Luca
5760 Rosario Ave
Atascadero, CA 93422


Travelers
PO Box 660317
Dallas, TX 75266-0317

True Fabrications, Inc.
P.O. Box 734788
Chicago, IL 60673-4788


Trumpet Vine Catering
825 Riverside Ave
Suite 12
Paso Robles, CA 93446


TTB
PO Box 790353
St Louis, MO 63179-0353


Uline
PO Box 88741
Chicago, IL 60680-1741


United Health Care
PO Box 94017
Palatine, IL 60094


United Rentals (North America), Inc.
P.O. Box 051122
Los Angeles, CA 90074-1122


UPS
PO BOX 650116
DALLAS, TX 75265-0116


US Bank Equipment Finance
P.O. Box 790448
St Louis, MO 63179-0448

VA Filtration USA, LLC
125 Gateway Road East
Suite D
Napa, CA 94558


Vanguard C/O Ascensus
P.O. Box 28067
New York, NY 10087


Vermont Department of Taxes
133 State Street
Montpelier, VT 05633


Vermont Department of Taxes
PO Box 547
Montpelier, VT 05601


Vestis
P.O. Box 7430
Pasadena, CA 91109-7430


Vine Event Experts
P.O. Box 1346
Templeton, CA 93465


Vineyard Industry Products
PO Box 128
Healdsburg, CA 95448


Vineyard Mechanical Services
P.O. Box 1288
Paso Robles, CA 93447

Vineyard Professional Services, Inc.
PO Box 1360
Templeton, CA 93465


Vintner Vault
3230 Riverside Ave
Paso Robles, CA 93446


Vinvision Trucking
11425 Commercial Parkway
Castroville, CA 95012


Virginia Alcoholic Bev Control Authority
PO Box 3250
Mechanicsville, VA 23116-9998


Virginia Department of Taxation
P.O. Box 1115
Richmond, VA 23218-1115


Virginia Department of Taxation
P.O. Box 1777
Richmond, VA 23218-1777


Vital Records Control
Dept 5874
PO Box 11407
Birmingham, AL 35246-5874


Vivant Fine Cheese
821 Pine Street, #B
Paso Robles, CA 93446

VWR International Inc
P.O. Box 640169
Pittsburgh, PA 15264-0169


Wallace Group
612 Clarion Court
San Luis Obispo, CA 93401


Washington Department of Revenue
P.O Box 47478
Olympia, WA 98504-7478


Washington State Department of Revenue
PO Box 47464
Olympia, WA 98504-7464


Wayne Cooper Ag Services, LLC
7340 Atascadero Ave
Atascadero, CA 93422


Weintraub,Jeremy
762 Toro Street
San Luis Obispo, CA 00934-0128


Western Janitor Supply
1026 Pine Street
Paso Robles, CA 93446


Western Square Industries, Inc.
1621 N. Broadway
Stockton, CA 95205-3046

Williams,Nathaniel
4265 Adelaida Road
Paso Robles, CA 93446-9781


Willis,Romeo
1180 Dorothy Street
Paso Robles, CA 93446


Wine Country Labor, Inc.
PO Box 4443
Paso Robles, CA 93447


Wine Direct Fulfillment
PO Box 92146
Las Vegas, NV 89193-2146


Wine Institute
P.O. Box 744928
Los Angeles, CA 90074-4928


Winsupply Paso Robles
2320 C Ramada Drive
Paso Robles, CA 93446


Wisconsin Alcohol & Tobacco Enforcement
2135 Rimrock Road
Madison, WI 53713


Wisconsin Department of Revenue
PO Box 930208
Milwaukee, WI 53293-0208

```
WISE
PO Box 2089
Napa, CA 94558


Woods Humane Society
875 Oklahoma Avenue
San Luis Obispo, CA 93405


Wyoming Department of Revenue
122 W 25th St
Suite E301
Cheyenne, WY 82002-0110


Wyoming Liquor Division
6601 Campstool Rd.
Cheyenne, WY 82002-0110
```